<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
LAMSON & SESSIONS,              )
                                )  Civil Action
             Plaintiff          )  No. 04-CV-03646
                                )
        vs.                     )
                                )
PAPER, ALLIED-INDUSTRIAL,       )
CHEMICAL AND ENERGY WORKERS     )
INTERNATIONAL UNION DISTRICT    )
COUNCIL NO. 1, LOCAL 2-0578,    )
                                )
             Defendant          )
```

<u>O R D E R</u>

NOW, this 30th day of March, 2006, upon consideration of Plaintiff Lamson & Sessions' Motion for Summary Judgment, which motion was filed March 4, 2005; upon consideration of Defendant's Answer to Plaintiff's Motion for Summary Judgment, which answer was filed April 4, 2005; upon consideration of Defendant's Motion for Summary Judgment Pursuant to F.R.C.P. 56, which motion was filed March 4, 2005; upon consideration of Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment, which brief was filed April 4, 2005,

<u>IT IS ORDERED</u> that plaintiff's motion for summary judgment is denied.

<u>IT IS FURTHER ORDERED</u> that defendant's motion for summary judgment is granted.

<u>IT IS FURTHER ORDERED</u> that the Award and Decision of Arbitrator Skonier, entered June 26, 2004, is confirmed.

<u>IT IS FURTHER ORDERED</u> that plaintiff shall re-test all applicants for the Blend Department positions in a uniform and consistent manner and award these positions to the most senior

applicants who pass the entire test with at least a 70% score.

      <u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

<u>/s/James Knoll Gardner</u>
James Knoll Gardner
United States District Judge